IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| GLEN AND KIM DELZ, §<br>INDIVIDUALLY AND AS NEXT §<br>FRIEND OF TAYLOR DELZ, A MINOR, §<br>PLAINTIFFS, §<br>§<br>V. §<br>§<br>BLITZ U.S.A., INC., §<br>DEFENDANT. § | CAUSE NO. A-09-CA-251-LY |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On October 29, 2010, the parties filed a Joint Motion to Dismiss (Doc. #114), which the Court granted by separate order. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all of the claims and causes of action in this cause are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the case hereby **CLOSED**.

SIGNED this __1st__ day of November, 2010.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE